UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-13-6579 - VBF (AS) | | Date | July 1, 2014 |
|---|---|---|---|---|
| Title | Raymond Anthony Sanchez, Petitioner v. David Long, Warden, Respondent. | | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**       **(IN CHAMBERS)** ORDER TO SHOW CAUSE

      On September 9, 2013, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Petition") (Docket Entry No. 1), and an accompanying Memorandum of Points and Authorities ("Memorandum"), supporting the Petition (Docket Entry No. 2). On January 28, 2014, Respondent filed a Motion to Dismiss the Petition ("Motion") (Docket Entry No. 14). Respondent contended that the Petition is a mixed petition, containing both exhausted and unexhausted claims. On April 16, 2014, Petitioner filed a Motion to Dismiss his unexhausted claims and to stay his exhausted claims, pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003) overruled on other grounds by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007) (Docket Entry No. 19). On April 18, 2014, the Court granted Petitioner's Motion and directed Petitioner, beginning June 18, 2014, to file status reports every sixty (60) days, addressing the status of Petitioner's efforts at exhaustion in the state courts (Docket Entry No. 20). To date, Petitioner has failed to file a status report.

      Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute. Petitioner must file a response to this Order no later than **August 1, 2014. Petitioner is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed without prejudice for failure to comply with Court Orders. See Rule 12, Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 41(b).**