# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ANTHONY SANCHEZ,** | NO. LA CV 13-06579-VBF (GJS) |
| Petitioner, | ORDER Adopting Report and Recommendation Without Objection; |
| v. | |
| **MICHAEL MARTEL, WARDEN,** | Denying the 28 U.S.C. § 2254 Habeas Corpus Petition for Lack of Merit; |
| Respondent. | Directing the Entry of Separate Judgment in Favor of Respondent |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. section 2254 ("petition") (CM/ECF Document ("Doc") 28), the respondent's answer and accompanying memorandum (Doc 40), the state-court "lodged documents" submitted in paper form by respondent (listed in the Notice at Doc 41), petitioner's traverse (Doc 48), the United States Magistrate Judge's well-reasoned Report and Recommendation ("R&R") (Doc 50), and the applicable law. The time for filing objections to the R&R has passed, and petitioner has neither filed objections nor sought an extension of time in which to do so.

Having completed its review, the Court orders as follows:

The Report and Recommendation is **ADOPTED**.

**The amended habeas corpus petition [Doc #28] is DENIED.**

This action is **DISMISSED with prejudice** and the case is **TERMINATED**.

Judgment will be entered in favor of the respondent and against the petitioner accordingly.

As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

The Court will rule on a certificate of appealability by separate order as well.

DATED: November 19, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE