# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ANTHONY SANCHEZ,** | NO. CV 13-6579-VBF (GJS) |
| Petitioner, | |
| v. | JUDGMENT |
| **MICHAEL MARTEL, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's concurrently-issued Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 21, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE